**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:08cr10-1**


| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| ) | |
| **WILLIAM ISAIAH CORPENING.** ) | |
| ———————————————— ) | |


**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). [Doc. 168].

On January 22, 2012, the Defendant, through appointed counsel, filed this motion seeking a reduction of sentence pursuant to the retroactive amendment to the crack cocaine Sentencing Guidelines and 18 U.S.C. § 3582(c)(2). [Doc. 168]. The Probation Office has advised the Court that the Defendant was released from custody on January 9, 2012. Accordingly, the Defendant's request for a reduction of his sentence is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 168] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: March 27, 2012

Martin Reidinger
United States District Judge